No. 555. BERRY BROS., LIMITED, PETITIONER, *v.* THE STEAMSHIP ST. QUENTIN, ETC. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Emerson* for petitioner. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for respondent.

No. 556. HENRY P. SCOTT ET AL., PETITIONERS, *v.* QUEEN ANNE'S RAILROAD COMPANY ET AL. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John G. Johnson* and *Mr. Nicholas P. Bond* for petitioners. *Mr. John C. Rose* and *Mr. E. P. Keech, Jr.,* for respondents.

No. 557. RAINY LAKE RIVER BOOM CORPORATION, PETITIONER, *v.* RAINY RIVER LUMBER COMPANY, LIMITED. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Halvor Steenerson, Mr. Charles Loring* and *Mr. Samuel Herrick* for petitioner. *Mr. Chelsea J. Rockwood* and *Mr. A. Y. Merrill* for respondent.